# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1549

_____

Richard C. Eline,

        Appellant,

v.

C. Walter; M. Arnot; K. Ehrenberg,

        Appellees.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: February 4, 2002
Filed: February 7, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Inmate Richard Eline appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We affirm for the reasons stated by the district court, see Booth v. Churner, 121 S. Ct. 1819, 1825 (2001) (42 U.S.C. § 1997e(a) mandates exhaustion regardless of relief offered through administrative procedures); and we reject his arguments on appeal as either meritless or procedurally improper, see Mahaney v. Warren County, 206

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

F.3d 770, 771 n.2 (8th Cir. 2000) (per curiam) (this court generally does not consider issues raised for first time in reply brief).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.